AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ DISTRICT OF _____CALIFORNIA_____

UNITED STATES OF AMERICA
V.

Martin Ayala-Benitez

**WAIVER OF INDICTMENT**

CASE NUMBER: 08 CR 1619-H

I, _Martin Ayala-Benitez_, the above named defendant, who is accused of

18 USC 1001 False Statement to a Federal Officer.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _6/13/08_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
JUN 13 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

_Ayala Martin B._
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judicial Officer